Civil Action No. 1:15-CV-3983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Compensation and Human Resource Committee of NCR Corporation Board of Directors
was received by me on *(date)*  11/17/2015  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  C. White, Legal Department , who is designated by law to accept service of process on behalf of *(name of organization)*  Compensation and Human Resource Committee of NCR Corporation Board of Directors  on *(date)*  11/18/2015  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/20/15

*Server's signature*

Donnie C. Briley, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
*Server's address* 6-8794

Additional information regarding attempted service, etc:
Service was completed at 3097 Satellite Blvd, Duluth, GA 30096



484347

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-3983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrea Ledford Senior Vice President and Chief Human Resources Officer NCR Corporation c/o Corporation Service Company

was received by me on *(date)* 11/17/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alisha Smith, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* Andrea Ledford Senior Vice President and Chief Human Resources Officer NCR c/o Corporation Service Company on *(date)* 11/18/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/15

Server's signature

Donnie C. Briley, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
Server's address 8794

Additional information regarding attempted service, etc:
Service was completed at 40 Technology Parkway South, #300, Norcross, GA 30092



484342

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-3983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NCR Corporation c/o Corporation Service Company
was received by me on *(date)* 11/17/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Alisha Smith, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* NCR Corporation c/o Corporation Service Company on *(date)* 11/18/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/15

_____
Server's signature

Donnie C. Briley, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
*Server's address*
1-800-446-8794

Additional information regarding attempted service, etc:
Service was completed at 40 Technology Parkway South, #300, Norcross, GA 30092



484344

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-3983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Plan Administator of the Plans of NCR Corporation
was received by me on *(date)* 11/17/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* C. White, Legal Department , who is designated by law to accept service of process on behalf of *(name of organization)* Plan Administator of the Plans of NCR Corporation on *(date)* 11/18/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/15

*Server's signature*

Donnie C. Briley, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
*Server's address*

Additional information regarding attempted service, etc:
Service was completed at 3097 Satellite Blvd, Duluth, GA 30096



484346