IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JON HOAK, ANTHONY FANO, ALLAN QUICK, and PATRICIA GIERING, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAN ADMINISTRATOR OF THE PLANS OF NCR CORPORATION,<br><br>Defendant. | Civil Action File<br><br>No. 1:15-cv-03983-AT |

## CONSENT SCHEDULING ORDER

By agreement and stipulation of the parties in the above-styled action, the Court hereby enters the following Consent Scheduling Order which shall govern the pretrial discovery and other proceedings in the above-styled action:

1.  Fact Discovery: Defendant shall file with the Court a notice that it has completed its production of documents pursuant to Plaintiffs' discovery requests. Fact discovery shall be extended for a period of sixty (60) days from the filing of this notice.

2. <u>Expert Discovery</u>:

a. Fifteen (15) days after the close of fact discovery, Plaintiffs shall disclose experts and provide the information required by Federal Rule 26(a)(2).

b. Defendant shall then have an additional forty-five (45) days to depose Plaintiffs' experts and to disclose its own experts, and provide the information required by Federal Rule 26(a)(2).

c. Plaintiff shall then have forty-five (45) days to depose Defendant's expert and to serve any rebuttal or reply expert report. If plaintiffs serve a rebuttal or reply expert report, Defendants shall have 15 days following service of the report to depose the expert making the report, limited to the subject of the rebuttal or reply report.

d. Any expert witness not made available for deposition during these time periods shall not be permitted to testify at trial.

3. <u>Dispositive Motions</u>: The parties shall file any dispositive motions fifteen (15) days from the completion of expert discovery. Any responses to dispositive motions shall be filed in accordance with the governing rules.

So ORDERED this  12th  day of   June                . 2017.

_____
The Honorable Amy Totenberg
Judge, United States District Court

CONSENTED TO BY:

/s/ Timothy S. Rigsbee
Timothy S. Rigsbee
Georgia Bar No. 605579
BONDURANT MIXSON &
 ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
Phone:  (404) 881-4100
Fax:  (404) 881-4111
rigsbee@bmelaw.com

Christopher A. Hoffman
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Phone:  (314) 241-4844
Fax:  (314) 241-3525
choffman@koreintillery.com

*Attorneys for Plaintiffs Jon Hoak, Anthony Fano, Allan Quick, and Patricia Giering*

/s/ Gregory F. Jacob
Gregory F. Jacob
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Phone:  (202) 383-5300
Fax:  (202) 383-5414 (fax)
gjacob@omm.com

Jeremy U. Littlefield
Georgia Bar No. 141539
Rachel F. Gage
Georgia Bar No. 547982
ROBBINS ROSS ALLOY
 BELINFANTE LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA 30309-3996
Phone:  (678) 701-9381
Fax:  (404) 856-2350
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Mark E. Berghausen
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Phone:  (650) 473-2600
Fax:  (650) 473-2601
mberghausen@omm.com

*Attorneys for Defendant Plan Administrator of the Plans of NCR Corporation*