**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JON HOAK, ANTHONY FANO, ALLAN QUICK, PATRICIA GIERING, and NANCY PARIN, on behalf of themselves and all those similarly situated, | |
| Plaintiffs, | Civil Action File No. 1:15-cv-03983-AT |
| v. | |
| PLAN ADMINISTRATOR OF THE PLANS OF NCR CORPORATION, | |
| Defendant. | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

The parties respectfully submit this joint motion to request a short extension of time to submit their motion for preliminary approval of the settlement.

On April 10, 2026, the parties filed their Joint Notice of Settlement and Motion to Vacate Remand Briefing Schedule, through which they notified the Court that they had reached terms for settling the case and anticipated moving for preliminary approval of the settlement by May 8. On April 13, the Court granted the parties' Joint Motion and set May 8 as the deadline for them to file the anticipated motion for preliminary approval.

Over the following weeks, the parties steadily worked to convert the preliminary terms of their settlement into a long-form settlement agreement. As of May 6, that agreement will be fully executed. Plaintiffs are now working to prepare and finalize the motion for preliminary approval but request a few additional days to complete the filing. Specifically, the parties jointly move the Court to extend the deadline for Plaintiffs to file their motion for preliminary approval of the settlement by an additional five days, through and including May 13, 2026.

DATED: May 6, 2026           */s/ David G. H. Brackett*
                             David G.H. Brackett
                             Georgia Bar No. 068353
                             brackett@bmelaw.com
                             BONDURANT MIXSON & ELMORE, LLP
                             3900 One Atlantic Center
                             1201 West Peachtree Street, NW
                             Atlanta, GA 30309
                             Telephone: (404) 881-4100
                             Facsimile: (404) 881-4111

                             Michael E. Klenov (admitted *pro hac vice*)
                             Garrett R. Broshuis (admitted *pro hac vice*)
                             mklenov@koreintillery.com
                             gbroshuis@koreintillery.com
                             KOREIN TILLERY, LLC
                             505 North 7th Street, Suite 3600
                             St. Louis, MO 63101
                             Telephone: (314) 241-4844
                             Facsimile: (314) 241-3525

                             *Attorneys for Plaintiffs*

2

*/s/ Sarah P. Hogarth (w.e.p. by DGHB)*
Jeremy U. Littlefield
GA Bar No. 141539
Rachel F. Gage
GA Bar No. 547982
Robbins Alloy Belinfante Littlefield LLC
500 14th St. NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Fax: (404) 856-3255
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Paul W. Hughes (*pro hac vice*)
Sarah P. Hogarth (*pro hac vice*)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
phughes@mcdermottlaw.com
shogarth@mcdermottlaw.com

*Attorneys for Defendant Plan Administrator of the Plans of NCR Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I filed the foregoing document electronically through the Court's CM/ECF filing system, and thereby served a copy on all parties of record.

*/s/ David G.H. Brackett*
David G.H. Brackett