**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JON HOAK, ANTHONY FANO, ALLAN QUICK, PATRICIA GIERING, and NANCY PARIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAN ADMINISTRATOR OF THE PLANS OF NCR CORPORATION,<br><br>Defendant. | Civil Action File<br>No. 1:15-cv-03983-AT |

**MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS FROM THE COMMON FUND**

Class Counsel hereby submits this Motion for an award of attorneys' fees and costs from the common fund. In support of the Motion, Class Counsel submits here their Memorandum of Law in Support and the Declarations of Michael E. Klenov, David G.H. Brackett, Jonathan S. Hoak, and Michael A. Caplan.

For the reasons set forth in the Memorandum, Class Counsel respectfully request that the Court enter an award of attorneys' fees in the amount of 33% of the $47,750,000 Settlement Fund secured for the benefit of the class, which amounts to $15,757,500, and reimbursement of out-of-pocket costs in the amount of $378,212.74.

Respectfully submitted, this 18th day of August, 2026.

*_/s/ David G. H. Brackett_*
David G.H. Brackett
Georgia Bar No. 068353
brackett@bmelaw.com
BONDURANT MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Michael E. Klenov (admitted *pro hac vice*)
Garrett R. Broshuis (admitted *pro hac vice*)
mklenov@koreintillery.com
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1. This document was prepared in Century Schoolbook 13-point font.

This 18th day of August, 2026.

*/s/ David G. H. Brackett*
David G.H Brackett
Georgia Bar No. 068353

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send email notification of such filing to opposing counsel as follows:

Jeremy U. Littlefield
Rachel F. Gage
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA 30309-3996
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Paul W. Hughes (pro hac vice)
Sarah P. Hogarth (pro hac vice)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
phughes@mcdermottlaw.com
shogarth@mcdermottlaw.com

This 18th day of August, 2026.

*/s/ David G. H. Brackett*
David G.H Brackett
Georgia Bar No. 068353