IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JON HOAK, ANTHONY FANO, ALLAN QUICK, PATRICIA GIERING, and NANCY PARIN, on behalf of themselves and all those similarly situated,

Plaintiffs,

v.

PLAN ADMINISTRATOR OF THE PLANS OF NCR CORPORATION,

Defendant.

Civil Action No. 1:15-cv-03983

**DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Defendant Plan Administrator of the Plans of NCR Corporation ("NCR") respectfully moves this Court for an Order allowing attorneys Sarah Hogarth and Rachel Gage to bring electronic equipment, including cellular phones, laptop computers, and power cables into Courtroom 2308 for the hearing scheduled for November 3, 2026 at 11:00 AM. A proposed order is submitted herewith.

Respectfully submitted, this 30th day of October, 2026.

*/s/ Rachel F. Gage*
Paul W. Hughes (pro hac vice)
Sarah P. Hogarth (pro hac vice)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
Phone: (202) 756-8000
Fax: (202) 756-8087

phughes@mcdermottlaw.com
shogarth@mcdermottlaw.com

Jeremy U. Littlefield
GA Bar No. 141539
Rachel F. Gage
GA Bar No. 547982
Robbins Alloy Belinfante Littlefield, LLC
500 14th Street, N.W.
Atlanta, GA 30318
Phone: (678)701-9381
Fax: (404) 856-3250
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

*Counsel for Defendant Plan Administrator of the Plans of NCR Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 30th day of October, 2026.

*/s/ Rachel F. Gage*
Rachel F. Gage